No. 16. HOSKINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 23. FRANKE ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 37. WALLACE ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 100. IOZZI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 186. UNITED STATES v. LUCIA. C. A. 5th Cir. Certiorari denied.

No. 424. ALEXANDER ET AL. v. PASADENA CITY BOARD OF EDUCATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 632. BOARD OF PUBLIC INSTRUCTION OF PINELLAS COUNTY, FLORIDA, ET AL. v. BRADLEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 745. BOARD OF PUBLIC INSTRUCTION OF MANATEE COUNTY, FLORIDA, ET AL. v. HARVEST ET AL. C. A. 5th Cir. Certiorari denied.

No. 775. SCHOOL DISTRICT 151 OF COOK COUNTY, ILLINOIS, ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 784. BOARD OF PUBLIC INSTRUCTION OF BAY COUNTY, FLORIDA, ET AL. v. YOUNGBLOOD ET AL. C. A. 5th Cir. Certiorari denied.

No. 823. RILEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.